■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDUARDO DIAZ, Appellant. [707 NYS2d 915] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733). (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Attempted Robbery, 1st Degree.) Present—Pigott, Jr., P. J., Hayes, Scudder, Kehoe and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL PRZYSTAL, Appellant. [707 NYS2d 916] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733). (Appeal from Judgment of Erie County Court, Rogowski, J.—Manslaughter, 1st Degree.) Present—Pigott, Jr., P. J., Hayes, Scudder, Kehoe and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOUSTON MOORE, Appellant, v MELVIN WILLIAMS, as Superintendent of Gowanda Correctional Facility, et al., Respondents. [708 NYS2d 678] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Rossetti, J. (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Hayes, Scudder, Kehoe and Balio, JJ.